# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>       Plaintiffs<br><br>HOFMANN CONSTRUCTION, INC., an Indiana for-profit domestic corporation,<br>       Defendant. | )<br>)<br>)<br>) No. 1:11-cv-1466-TWP-TAB<br>)<br>)<br>)<br>)<br>)<br>) |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and among the parties, by counsel, that the above-captioned action be dismissed with prejudice. Each party will bear its own respective attorney's fees and costs without reimbursement.

ARNOLD AND KADJAN

By: s/ Donald D. Schwartz
    Donald D. Schwartz
    Attorney for Plaintiffs


HAWK, HAYNIE, KAMMEYER & CHICKEDANTZ, LLP

By: s/Michael D. Hawk
    Michael D. Hawk
    Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that this Agreed Stipulation of Dismissal With Prejudice was filed electronically on the 16th day of January 2012, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

        Michael D. Hawk
        HAWK, HAYNIE, KAMMEYER & CHICKEDANTZ, LLP
        116 East Berry Street
        Lincoln Tower, Suite 302
        Fort Wayne, IN 47802


        s/Donald D. Schwartz

Donald D. Schwartz
**ARNOLD AND KADJAN**
203 N. LaSalle St., Suite 1650
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438